WILLIAM A. SCHENCK, Appellant, v. JOSEPH MEYER, JR., et al., Respondents.— Order entered January 27, 1945, granting defendants leave to serve a supplemental answer, unanimously affirmed, with $10 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 930.]

(May 28, 1945.)

In the Matter of CARLYLE FINKELSTEIN, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 676.]

## SECOND DEPARTMENT, MAY, 1945.

### (May 1, 1945.)

EDWIN R. LAVIN, Appellant, v. RUSSELL C. LAVIN et al., Respondents.— Motion to dismiss appeal on the ground that it is from a ruling made during the course of the trial, and hence not directly appealable, granted, with $10 costs, and appeal dismissed, with $10 costs and disbursements. (*Jackman* v. *Hasbrouck*, 168 App. Div. 256; *Stephansen* v. *County of Westchester*, 257 App. Div. 1050.) Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

CHARLES E. RIORDAN, as Ancillary Administrator of the Estate of JOHN J. RIORDAN, JR., Deceased, Appellant, v. JOSEPHINE M. CRABTREE et al., Respondents.— Motion to vacate and set aside order dismissing appeal granted on consent, and the appeal is ordered to be placed at the foot of the May Term calendar. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

(May 7, 1945.)

BRONX VALLEY COUNCIL, INC., BOY SCOUTS OF AMERICA, Respondent, v. TOWN OF HARRISON et al., Appellants.— Motion to vacate and set aside order dismissing appeal granted on consent, and appeal ordered to be placed on the June Term calendar. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

KATHERINE L. DE ZEMLER, Respondent, v. CHARLES DE ZEMLER, Appellant.— Motion for stay denied, without costs. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 751.]

In the Matter of HERMAN HASSAN, an Attorney.— Herman Hassan, an attorney admitted to practice on February 9, 1927, by the Second Judicial Department, having been indicted on May 23, 1944, by the Grand Jury of Nassau County on a charge of subornation of perjury, and having submitted his resignation, acknowledged April 20, 1945, from the office of attorney and counselor at law, such resignation is hereby accepted and his name is ordered to be struck from the roll of attorneys. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.